IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSE LUZ PULIDO<br>*Plaintiff*,<br><br>v.<br><br>STARR COUNTY, TEXAS, STARR<br>COUNTY SHERIFF RENE FUENTES,<br>STARR COUNTY SHERIFF'S OFFICE,<br>STARR COUNTY JAIL<br>*Defendants.* | CIVIL ACTION NO. 7:21-cv-74<br><br>JURY TRIAL DEMANDED |

## DISCLOSURE OF INTERESTED PARTIES

NOW COMES JOSE LUZ PULIDO, Plaintiff, and herby certifies that the following persons have a financial interest in the outcome of this litigation:

1. Plaintiff, **JOSE LUZ PULIDO** is a resident of Starr County, Texas.

2. Defendant **STARR COUNTY, TEXAS** is a governmental body with a principal place of business located at 100 N. FM 3167, Rio Grande City, Texas 78582.

3. Defendant **STARR COUNTY SHERIFF RENE FUENTES** is the elected Sheriff of Starr County, Texas being sued in his individual and representative capacity.  His residence is unknown but is believed to be within Starr County, Texas.  His place of business is 102 E. 6th Street, Rio Grande City, Texas 78582.

4. Defendant **STARR COUNTY SHERIFF'S OFFICE** is a governmental body with a principal place of business located at 102 E. 6th Street, Rio Grande City, Texas 78582.

5. Defendant **STARR COUNTY JAIL** is a governmental body with a principal place of business located at 102 E. 6th Street, Rio Grande City, Texas 78582.

6.  Starr County Judge **Eloy Vera**, is not a party but is the elected Starr County Judge. His residence is unknown but is believed to be within Starr County, Texas. His place of business is 100 N. FM 3167, Rio Grande City, Texas 78582.

Respectfully submitted,

*/s/ Charles H. Peckham*
_____
Charles H. Peckham
TBN: 15704900
cpeckham@pmlaw-us.com

Mary A. Martin
TBN: 00797280
mmartin@pmlaw-us.com

PECKHAM MARTIN, PLLC
Two Bering Park
800 Bering Drive, Suite 220
Houston, Texas 77057
(713) 574-9044

OF COUNSEL:

Larry D. Eastepp
TBN: 06361750
larry@eastepplaw.com

LARRY D. EASTEPP, PC
5300 Memorial Drive, Suite 1000
Houston, Texas 77007
(713) 255-3388
(713) 993-7205 – facsimile